IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM TEMPLEMAN and PEARL TEMPLEMAN, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 05-0103-P-B |
| ALLSTATE INSURANCE COMPANY, ) ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with this court's Order entered this date, it is ORDERED, ADJUDGED, and DECREED that the Complaint filed by plaintiffs William and Pearl Templeman against defendant Allstate Insurance Company, be and is hereby DISMISSED with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  No further costs to be taxed.

DONE this 19th day of September, 2005.

　　　　　　　　　　　　　　　　　　 S/Virgil Pittman
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE